19cv3115 DSD-BRT

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

RECEIVED
DEC 18 2019
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Bruce A. Lundeen

Plaintiff,

vs.

City of Minneapolis

Defendant(s).

Minneapolis VA Health Center

Case No. ______________
(To be assigned by Clerk of District Court)

DEMAND FOR JURY TRIAL

YES ___ NO _X_

## COMPLAINT

PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

   a. Plaintiff

| | |
|---|---|
| Name | Bruce A. Lundeen |
| Street Address | 2628 Stevens Ave., |
| County, City | Hennepin, Minneapolis |
| State & Zip Code | Minnesota, 55408 |
| Telephone Number | 612 978 8973 |

SCANNED
DEC 18 2019
U.S. DISTRICT COURT MPLS

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

   a. Defendant No. 1

| | |
|---|---|
| Name | City of Minneapolis, City Attorney |
| Street Address | 350 S 5th Street, Ste. 210 |
| County, City | Hennepin, Minneapolis |
| State & Zip Code | Minnesota, 55415 |

   b. Defendant No. 2

| | |
|---|---|
| Name | Minneapolis VA Health Center |
| Street Address | 1 Veterans Drive |
| County, City | Hennepin, Minneapolis |
| State & Zip Code | Minnesota, 55417 |

JURISDICTION

3. What is the basis for federal court jurisdiction? *(check all that apply)*

   X Federal Question ☐ Diversity of Citizenship

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply.

   Denial of unenumerated due process rights

5. What is the basis for venue in the District of Minnesota?

   Plaintiffs and Defendants reside in Minnesota
   Facts alleged below occurred in Minnesota

6. STATEMENT OF THE CLAIM

6-1. Over the past 29 years that I have lived in Minneapolis there has been an ongoing extrajudicial persecutory campaign waged against me. A possible reason for this extrajudicial persecutory campaign is because of false allegations I had had improper intentions with young women in Seattle, WA. However, my being an outspoken citizen and frequent political candidate for State and local offices certainly may have contributed to the contemptible abuse of authority and misuse of resources intended for law enforcement and crime prevention.

6-2. Only when sniggering undercover law plainclothes youths who must have been employees of the Seattle Police Department arranged a meeting, did I ever meet up with any young women while in Seattle. The entertainment my stalkers have extracted both in Seattle and here in Minneapolis while harassing and humiliating me, and the access I have provided them to young women in the Minneapolis dance community, must have been enough to create significant interest in me. Indeed, shortly before her death my Mother said something about how I should not have gotten involved and taken modern and jazz dance classes.

6-3. The persecution has progressed from allegations about my mental health, to allegations about my propensity for violence, allegations about my sexuality, and finally allegations about my abuse of young women and girls. There has been a sort of psychological hazing, gas lighting and frequent not so subtle attacks on my income producing endeavors. Where they have not directly interfered with my employment and self-employment endeavors, I have been so rattled and distracted it has led to me estranging people myself.

6-4. During employment searches I have recognized that I have been classified into a category where special considerations are assigned. This led me to pursue self-employment.

6-5. Consistent strategies employed over years have been clear and phasic: Financially ruin, socially ostracize, and libel slanderously. Amenable VA care givers advanced the objectives by first attempting to create a disability, and then very, very possibly creating a situation where I could have been murdered during a medical emergency within the VA Medical Center.

6-6. The resources engaged in the persecutory program very likely exceed those that the Minneapolis Police Department could muster. The individual who created the situation ultimately leading to my being rail-road out of employment in the Federal Court House had access to controlled spaces in the building. Since then I have been told there was an immediate turnover of staff in the 7th floor Secret Service offices after I protested to GSA. To me, this implies abuse of my civil rights by a Federal law enforcement agency. As I have composed and edited this complaint and other documents changes in the way

my online computer operates indicates computer surveillance.

6-7. In 1992 while going to the Minneapolis VA Hospital for help with depression a psychologist culpably contributed to and enabled this extrajudicial persecutory campaign by writing a document called a "Supplement Defined Database". This document describes my personality in extremely unfavorable and threatening terms. No past or present friend or acquaintance would recognize this profile as describing me.

6-8. In 1991 I went the Minneapolis VA Hospital for help with depression. An anti-psychotic medication called Haldol was prescribed. Haldol is known to have permanent disabling side-effects. Fortunately, my Mother, a Licensed Practical Nurse, recognized the drug and took it away from me saying, "You're not taking that!". Twenty-five years later in 2017 I went to the VA Hospital for a removal of a cyst on the back of my neck. While blood was being taken for pre-surgical "blood work", I observed the technician, whom I had waited to the end of phlebotomy clinic hours for, and who was distinctly different from the other technicians, briefly insert a syringe into my arm. He did not empty the contents of the syringe before drawing blood into the blood sample vials, but the next day following the blood taking I became very, very ill and was sick for two weeks.

6-9. I have many things to be grateful for, but not taking the Haldol pills and not going to the VA in the days following the blood sampling will forever remain most revered.

6-10. I have been and may continue to be a conservative candidate for political office. Assumptions about my position on social issues which are very likely wrong, may have contributed to this vicious stalking behavior. I remain a fervid supporter of patrol division Police, but not so much for the undercover, plainclothes units whose actions are not so carefully scrutinized.

6-11. A complaint has been filed to the Minneapolis Office of Police Conduct Review but it seems to be languishing. As the complaint sits in the Office of Minneapolis Police Conduct Review activities that appear to be intimidation and retaliatory continue. During the past 25 years I have frequently asked for help with stopping law enforcement extrajudicial persecution. Since it is unlikely we will identify the perpetrators of this charade, I am finally clearly stating that it could be occurring. If this complaint progresses to a discovery stage I think people will confirm that something is amiss.

7. REQUEST FOR RELIEF

7-1. I want the Court to issue an injunction prohibiting further meddling in my affairs by law enforcement agencies to include but not be limited to the Minneapolis Police, the FBI, the Secret Service, or the Federal Reserve Police.

7-2. The VA should be forced to issue a statement in how Haldol can be prescribed for depression and create a policy managing fraternization of law enforcement professionals and medical personnel.

7-3. Initiate an examination of the resources allowed law enforcement by the Patriot Act. When expropriated for retaliation, personal vendetta, or wrongful persecution, these crucially important tools for legitimate law enforcement and crime prevention are put in jeopardy. Abuse of them creates a dreadful threat for the individual.
Particular attention should be directed at corrupt use of cell phone manipulations, 'cyber' computer measures, and 'sneak and peak' warrants or home invasions done with or without a warrant.

Date: 12/18/2019

Signature of Plaintiff Bruce A. Lundeen

Mailing Address 2628 Stevens Ave
Minneapolis MN
55408

Telephone Number 612 978 8973

Item 5, Assets

Motor Vehicle #3

$700.00

1984 Jeep CJ7

Motor Vehicle #4

$200.00

1980 P30 Van

Vehicle # 5

1996 Suzuki S40 Motorcyle $1200

Vehicle #6

1986 Honda Goldwing Motorcycle $1400

Item 6 - money owed to me

Tonis Market $395.00

Grace Temple $1575.24

Bay Leaf Indian Cuisine $836.83
(see 2nd page)

Recievables Total $3883.05

These are normal business ~~debts~~ recievables, some of which may be uncollectable