United States District Court
District of Minnesota
Civil NO. 19-3115(DSD/BRT)

Bruce A. Lundeen,

Plaintiff,

v. ORDER

City of Minneapolis, City Attorney;
and Minneapolis VA Health Care,

Defendants.

This matter is before the court upon pro se plaintiff Bruce A. Lundeen's motion to assign a different magistrate judge to his case. Mr. Lundeen believes that the magistrate judge's decision to schedule a preliminary hearing in the case on April 1, 2020 – a date otherwise known as "April Fool's Day" – was meant to humiliate him by indicating that he is a fool. On the contrary, "April Fool's Day" is not a day observed by the courts and it has no bearing on when hearings or other matters are scheduled. Any implication that April 1, 2020, was chosen for a reason other than scheduling within the court's calendar, including that it was meant to humiliate Mr. Lundeen, is wrong.

Accordingly, **IT IS HEREBY ORDERED** that the motion to assign a different magistrate judge [ECF No. 13] is denied.

Dated: March 4, 2020

s/David S. Doty
David S. Doty, Judge
United States District Court