2628 Stevens Ave.
Minneapolis, MN
55408
612 978 8973
brucealundeen@msn.com

RECEIVED
MAR 09 2020
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED
MAR 09 2020
U.S. DISTRICT COURT MPLS

July 9, 2019
2628 Stevens Ave.,
Minneapolis, MN 55408

Steven Records, Manager
Lake Street USPS Branch
110 E 31st Street,
Minneapolis, MN 55408-3101

Dear Mr. Records:

A check was mailed to me by a customer and I never received it. I have always received checks mailed by them before. Did you permit Minneapolis Police plain-clothes, undercover so-called "Community Response Team" members to enter Lake Street Post Office branch mail sorting areas and remove mail addressed to me? Does one of them regularly deliver mail on my route?

I have spoken to both Shannon and Reba. Shannon referred to the carrier delivering to my house as a "supervisor", and Reba's response was surprisingly "animated". Take whatever meaning of the word "animated" you want. I am not comforted that my mail was properly handled by having spoken to these two immediate supervisors. My request to speak to you was deflected by Shannon.

Who was delivering my mail during the last three weeks of June?

Here are some facts: I crossed a Minneapolis Police Officer twenty-nine years ago. It has often appeared to be there is a retaliatory conspiracy. These conspirators may be members of whatever else they call these independent units. I have learned that the 5th Precinct "CRTeam" has a "very experienced Lieutenant" as supervisor. I want to meet this person; he may be the person stalking me.

An event occurred many years ago after I had ordered new checks from my banks check printer. I never received the checks, but three of them were forged and cashed at TCF banks, a fourth was refused by a local pawn shop.

Angered and suspecting Minneapolis Police corruption, I pursued the matter just as I have many other suspicious observations, coincidences, and experiences. Finally, I spoke to a Postal Inspector on the telephone. I recall the disgust in his voice as he said, "It was an inside job".

I have contacted the Minneapolis Police Internal Affairs Unit. They are mailing a complaint form which I should get very soon. If you have any knowledge that would be of interest to MPD Internal Affairs I hope you will contact them. Of course, it is possible a Judge may have signed an appropriate document permitting non-delivery or screening of my mail.

Very truly,

Bruce A. Lundeen