UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 19-cv-03115 (DSD-BRT)

BRUCE A. LUNDEEN,

Plaintiff,

v.

CITY OF MINNEAPOLIS
AND MINNEAPOLIS VETERANS
AFFAIRS HEALTH CARE,

Defendants.

**CERTIFICATE OF COMPLIANCE**

The undersigned attorney for the United States certifies this memorandum complies with the type-volume and type size limitations of D. Minn. LR 7.1(f) and the type size limitation of D. Minn. LR 7.1(h). The memorandum has 2,097 words of type, font size 13. The response was prepared using Microsoft Word 2016, which includes all text, including headings, footnotes and quotations in the word count.

Respectfully Submitted,

Dated: April 13, 2020

ERICA H. MacDONALD
United States Attorney

*s/ Ana H. Voss*

BY: ANA H. VOSS
Assistant U.S. Attorney
Attorney ID No. 483656DC
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Phone: 612-664-5600
Email: Ana.Voss@usdoj.gov

*Attorneys for Federal Defendants*