UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 19-cv-03115 (DSD-BRT)

BRUCE A. LUNDEEN,

Plaintiff,

v.

CITY OF MINNEAPOLIS
AND MINNEAPOLIS VETERANS
AFFAIRS HEALTH CARE,

Defendants.

**STIPULATION TO DISMISS**

Plaintiff Bruce Lundeen, the Defendant the Minneapolis Veterans Affairs Health Care ("VA"), and the Defendant City of Minneapolis ("City") hereby stipulate that all claims asserted against the VA and the City in the above-captioned action should be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party will bear its own costs, fees, and disbursements.

Dated: July 13, 2020

__/s/ *Bruce Lundeen*__________
Bruce Lundeen
Plaintiff

Dated: July 14, 2020

ERICA H. MacDONALD
United States Attorney

/s/ *Ana H. Voss*
BY: ANA H. VOSS (483656DC)
Assistant U.S. Attorney
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Phone: 612-664-5600
Email: Ana.Voss@usdoj.gov
*Attorneys for Federal Defendants*

Dated: July 2, 2020

ERIK NILSSON
Interim City Attorney
By:

*/s/ Sarah McLaren*
SARAH MCLAREN (#0345878)
Assistant City Attorney
City Hall, Room 210
350 South Fifth Street
Minneapolis, MN 55415
(612) 673-2183
sarah.mclaren@minneapolismn.gov

*Attorneys for Defendant City of Minneapolis*